JAMES NELSON - SBN 116442
nelsonj@gtlaw.com
JENNIFER M. HOLLY - SBN 263705
hollyj@gtlaw.com
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorneys for Defendant
WesTower Communications, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY W. CRAYTHORN, on behalf of himself and those similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESTOWER COMMUNICATIONS, INC., a Delaware corporation and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | CASE NO.  4:12-CV-01204-SBA<br><br>**STIPULATION FOR ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**<br><br>**ORDER OF TRANSFER**<br><br>DATE:　　June 12, 2012<br>TIME:　　1:00 p.m.<br>DEPT:　　Courtroom 1<br>JUDGE:　　Saundra B. Armstrong |

On April 19, 2012, Defendant WesTower Communications, Inc., moved this Court to transfer venue of the above-captioned matter to the United States District Court, Eastern District of California.

Plaintiff Troy W. Craythorn, by and through his attorneys of record, has agreed not to oppose Defendant's Motion to Transfer Venue.

The parties therefore stipulate to an order immediately transferring venue of the above-entitled matter to the United States District Court, Eastern District of California, Sacramento Division.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

**IT IS SO STIPULATED.**

DATED: April 25, 2012                           GREENBERG TRAURIG, LLP


By:___/s/ Jennifer M. Holly_____
     James Nelson
     Jennifer M. Holly
     Attorneys for Defendant
     WesTower Communications, Inc.


DATED: April 27, 2012                           COHELAN KHOURY & SINGER;
                                                VAUGHAN & ASSOCIATES


By: __/s/ Michael D. Singer_____
     Michael D. Singer
     J. Jason Hill
     Kimberly D. Nielson
     Attorney for Plaintiff
     Troy W. Craythorn

**ORDER TRANSFERRING CASE TO**
**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

Upon the stipulation of the parties hereto for an order transferring venue of the above-entitled matter to the United States District Court, Eastern District of California, Sacramento Division,

**IT IS HEREBY ORDERED** that the above-entitled case be, and hereby is, transferred to the United States District Court, Eastern District of California, Sacramento Division.

Dated: 4/30/12

_____
The Honorable Saundra B. Armstrong
Judge of the United States District Court