IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY W. CRAYTHORN, on behalf of
himself and those similarly situated,

    Plaintiff,                        No. 2:12-cv-1328-JAM-EFB

    vs.

WESTOWER COMMUNICATIONS, INC.,
and DOES 1 through 100, inclusive,

    Defendant.                     <u>ORDER</u>
_____/

    On September 5, 2012, the court heard plaintiff's motion to compel further responses from defendant to plaintiff's first set of special interrogatories. Dckt. No. 30. Attorney Kimberly Neilson appeared at the hearing on behalf of plaintiff and attorneys James Nelson and Jennifer Holly appeared on behalf of defendant.

    As stated on the record, and for the reasons stated on the record, the motion to compel, Dckt. No. 30, is granted in part and denied in part. Within thirty days from the date of this order, defendant shall respond to Special Interrogatory Set No 1, Interrogatories Nos. 1 and 2, by

////

////

////

1

identifying[1] a random sampling of 25% of all individuals within the FLSA Class and the California Class, as those terms were clarified at the September 5, 2012 hearing.[2]  Each party shall bear its own costs.

SO ORDERED.

DATED: September 6, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] As stated in the Special Interrogatories, the term "Identify" means to provide sufficient information about the person to identify that person and make arrangement for service of a subpoena, including: (a) full name; (b) last known employer and occupation; (c) last known business address and telephone number; (d) title and dates of employment; (e) last known residence address and telephone number(s); (f) mobile telephone number; and (g) electronic mail address (e-mail).

[2] In the Special Interrogatories, the "FLSA Class" is defined as "all individuals who are currently employed, or formerly have been employed, by Westower Communications, Inc. as hourly field employees, or equivalent positions, in the United States from March 9, 2009 to the present," excluding those employed in the State of California.  The "California Class" is defined as "all individuals who are currently employed, or formerly have been employed by Westower Communications, Inc. in the positions of hourly field employees or equivalent positions, within the State of California, from March 9, 2008 to present."  Ex. A. to Neilson Decl., Dckt. No. 30-3.  At the September 5 hearing, plaintiff's counsel clarified that the term "hourly field employees, or equivalent positions" means wage and hour employees who are required to travel to a jobsite (excluding supervisors), and indicated that the term is intended to cover the three designations of technicians in defendant's Roseville office (civil technicians, electricians, and tower technicians), even though other offices may use different terms to designate those positions.