# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TROY W. CRAYTHORN, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTOWER COMMUNICATIONS, INC., a Delaware Corporation and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No. 12-CV-01328-JAM-EFB<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE FLSA CERTIFICATION FILING DEADLINE AND HEARING DATE**<br><br>Complaint filed:   March 9, 2012<br>Trial date:         None set |

Pursuant to the Stipulation to Continue the FLSA Certification Filing deadline and hearing date, and for Good Cause showing, IT IS HEREBY ORDERED that the hearing is continued and the deadline to file continued as follows:

1. Plaintiff shall file his Motion for Conditional Certification no later than March 25, 2013; and

2. The hearing on Plaintiff's Motion for FLSA Conditional Certification shall be heard on May 1, 2013 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 12/13/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

- 1 -

[PROPOSED] Order re: 2nd Stipulation to Continue FLSA Cert Deadline        Case No. 12-CV-01328-JAM-EFB