UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TROY W. CRAYTHORN, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTOWER COMMUNICATIONS, INC., a Delaware Corporation and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No. 12-CV-01328-JAM-EFB<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO DISMISS FAIR LABOR STANDARDS ACT COLLECTIVE ACTION CLAIM WITHOUT PREJUDICE**<br><br>Complaint filed:   March 9, 2012<br>Trial date:          None set |

Pursuant to the Stipulation to Dismiss the Fair Labor Standards Act Collective Action Claim Without Prejudice, and for Good Cause showing, IT IS HEREBY ORDERED that:

1. The FLSA Collective Action class claim alleged in Plaintiff's complaint shall be dismissed in its entirety without prejudice.  The claims remaining regarding alleged violations of California laws will not be affected in any way by this dismissal of FLSA claims.

IT IS SO ORDERED.

DATED:  June 17, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge