**FILED**

JUL 2 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TROY W. CRAYTHORN, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTOWER COMMUNICATIONS, INC., a Delaware Corporation and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No. 12-CV-01328-JAM-EFB<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF RELIEF FROM LOCAL RULE 160(B) IN REGARDS TO NOTICE OF SETTLEMENT**<br><br>Complaint filed:  March 9, 2012<br>Trial date:  None set |

Pursuant to Plaintiff's Notice of Settlement and Unopposed Request for Relief from Civil Local Rule 160(b), and for Good Cause showing, IT IS HEREBY ORDERED that:

1. Plaintiff is granted relief from Local Rule 160(b) requiring Plaintiff's dispositive motion to be filed within 21 days of his Notice of Settlement.

2. Plaintiff shall file his Motion for Preliminary Approval no later than September 25, 2014.

IT IS SO ORDERED.

DATED: 7-22-2014

JOHN A. MENDEZ
United States District Judge