# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| TROY W. CRAYTHORN, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTOWER COMMUNICATIONS, INC., a Delaware Corporation and DOES 1 through 100, Inclusive,<br><br>Defendant. | Case No. 12-CV-01328-JAM-EFB<br><br>**COLLECTIVE AND CLASS ACTION**<br><br>**ORDER GRANTING CONTINUANCE OF MOTION FOR PRELIMINARY APPROVAL FILING DEADLINE**<br><br>Complaint filed:   March 9, 2012<br>Trial date:            None set |

Pursuant to the Parties' Stipulation to Continue Motion for Preliminary Approval Filing Deadline, IT IS HEREBY ORDERED that:

1.   The Deadline for which Plaintiff is to file a Motion for Preliminary Approval is hereby continued from September 25, 2014 to October 10, 2014.

IT IS SO ORDERED.

DATED: 9/25/2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

- 1 -