UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY CRAYTHORN, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WESTOWER COMMUNICATIONS, INC., a Delaware Corporation,<br><br>　　　　Defendant. | No.  2:12-cv-01328-JAM-EFB<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING** |

　　The Court, having fully reviewed the Motion for Order Granting Preliminary Approval of Class Action Settlement, the supporting Points and Authorities, Declarations of Isam C. Khoury and Cris Vaughan, the Settlement Agreement, Notice of Class Action Settlement, and the statement of non-opposition by Defendant WesTower Communications, Inc. ("Defendant"), and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed class action settlement and, if preliminarily determined to be reasonable, to ensure proper notice is provided to Class Members in accordance with due process requirements, and to conduct a

1

Final Approval hearing as to the good faith, fairness, adequacy and reasonableness of any proposed settlement, HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

1. The Court finds, on a preliminary basis, that the Settlement Agreement incorporated in full by this reference and made a part of this Order Granting Preliminary Approval, appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court. The Court notes that Defendant has agreed to pay the Gross Settlement Amount of $1,140,000.00 in full satisfaction of the claims as more specifically described in the Settlement Agreement.

2. The Court also finds that, on a preliminary basis, the Settlement is fair and reasonable to Class Members when balanced against the probable outcome of further litigation relating to class action certification, liability and damages issues, and potential appeals of rulings. The Court further finds that significant investigation, research, litigation, formal and informal discovery have been conducted such that Counsel for the Parties are able to reasonably evaluate their respective positions. The Court further finds that settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation, and that the proposed Settlement has been reached as the result of intensive, informed and non-collusive and arm's-length negotiations between the Parties. ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY GRANTED.

3. As a part of said preliminary approval, the Court hereby

1 accepts and incorporates the Parties' Settlement Agreement and
2 hereby conditionally certifies the following class of persons,
3 for settlement purposes only, pursuant to the terms and
4 conditions contained in said Settlement Agreement:
5      A. "Class" or "Classes" mean all members of the
6         following classes:
7        1. The "Roseville Class": all non-exempt field
8           civil technicians, tower technicians,
9           electricians, and foremen employed by WesTower
10           and who worked out of a Northern California
11           location at any time during the period of
12           March 9, 2008 through July 30, 2014. [There
13           are an estimated 213 members of the Roseville
14           Class.]
15          a. "Roseville Subclass": all Roseville Class
16             members employed at any time on or after
17             March 9, 2009 and who were no longer
18             employed as of July 30, 2014. [There are
19             an estimated 114 members of the Roseville
20             Subclass.]
21        2. The "Los Angeles Class": all non-exempt Foremen
22           employed by WesTower and who worked out of a
23           Southern California location at any time during
24           the period of March 9, 2008 through July 30,
25           2014. [There are an estimated 67 members of the
26           Los Angeles Class.]
27          a. "Los Angeles Subclass": all Los Angeles
28             Class members employed at any time on or

```
 1                         after March 9, 2009 and who were no
 2                         longer employed as of July 30, 2014.
 3                         [There are an estimated 37 members of the
 4                         Los Angeles Subclass.]
```

5      4. The Court approves and appoints Plaintiff Troy W.
6 Craythorn as the Class Representative.

7      5. The Court approves and appoints Cohelan Khoury & Singer
8 and Vaughan & Associates as Class Counsel.

9      6. The Court approves and appoints CPT Group, Inc., as the
10 Claims Administrator to administrate the Settlement pursuant to
11 the terms of the Settlement Agreement.

12     7. The Court finds that the Notice of Class Action
13 Settlement ("Notice"), the Employment Information Sheet, and
14 Change of Address Form, advise of the pendency of the Class
15 Action, of the proposed Settlement, of the preliminary Court
16 approval of the proposed Settlement, of the automatic payment of
17 a proportionate share of the settlement monies if the Class
18 Member does not request to be excluded; the estimated amount each
19 may expect to receive pursuant to the proposed Settlement;
20 objection timing and procedures, opt-out timing and procedures,
21 and of the Final Approval hearing date. The Court further finds
22 that these documents fairly and adequately advise Class Members
23 of the terms of the proposed Settlement and the benefits
24 available to Class Members thereunder, and of the Final Approval
25 hearing and the right to file documentation in support of or in
26 opposition to the Settlement and to appear in connection with
27 said hearing. The Court further finds that the Notice clearly
28 comport with all constitutional requirements including those of

due process. ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY APPROVES THE PROPOSED NOTICE OF CLASS ACTION SETTLEMENT, EMPLOYMENT INFORMATION SHEET, AND CHANGE OF ADDRESS FORM, ATTACHED AS EXHIBITS TO THE SETTLEMENT AGREEMENT;

8. The Court finds that the mailing to the present and last known address of the members of the above-named Classes constitutes an effective method of notifying Class Members of their rights with respect to the Class Action and Settlement. ACCORDINGLY, IT IS HEREBY ORDERED that:

(a) Within ten days of this preliminary approval, Defendant shall forward to the appointed Claims Administrator, CPT Group, Inc., ("CPT") the Class Data List as provided for by the terms of the proposed Settlement.

(b) Within thirty days of this preliminary approval CPT shall mail to each Class Member, by first class, postage pre-paid, the Notice of Class Action Settlement, Employment Information Sheet, Change of Address Form, and a pre-printed, postage paid return envelope (collectively the "Notice Packet");

(c) All mailings shall be made to the present and/or last known mailing address of the Class Members based on Defendant's records, as well as addresses that may be updated and located by the Claims Administrator who will conduct standard address searches in cases of returned mail as set forth in the Settlement Agreement. The Court finds and so orders that the mailing of the Notice Packet to Class Members as set forth in this paragraph is the best means practicable by which to reach Class Members and is reasonable and adequate pursuant to all constitutional and statutory requirements including all due process requirements;

1  and

2      9. IT IS FURTHER ORDERED that:

3      (a) Request to be excluded ("opt-out requests") must be
4  mailed to the Claims Administrator, postmarked within sixty days
5  of the initial mailing of the Notice Packet to the Class.

6      (b) Objections must be in writing and must explain in clear
7  and concise terms the basis of each objection setting forth the
8  factual and legal arguments in support. All papers in support of
9  the objections must be sent to CPT as described in the Notice
10 within sixty days of the initial mailing of the Notice Packet to
11 the Class.

12     (c) Notice of Intention to Appear at the Final Approval
13 hearing in order to be heard in conjunction with a properly
14 served Objection, must be sent to the CPT as described in the
15 Notice within sixty days from the initial mailing of the Notice
16 Packet to the Class.

17     10. IT IS FURTHER ORDERED that the Final Approval hearing
18 shall be held before the undersigned at 9:30 a.m. on April 8,
19 2015 in Courtroom 6, located at the Robert I. Matsui United
20 States Courthouse, 501 I Street, 14th Floor, Sacramento,
21 California 95814, to consider the fairness, adequacy and
22 reasonableness of the proposed Settlement preliminarily approved
23 by this Order of Preliminary Approval, and to consider the
24 application of Class Counsel Cohelan, Khoury & Singer and Vaughan
25 & Associates for an award of reasonable attorneys' fees and
26 litigation expenses, Class Representative service payment to
27 Plaintiff, and for the Claims Administration expenses incurred.

28     11. IT IS FURTHER ORDERED that all briefs in support of the

proposed Settlement and the Final Approval hearing shall be served and filed with the Court on or before March 20, 2015.

12. IT IS FURTHER ORDERED that all briefs in support of Class Counsels' requests for awards of attorneys' fees and litigation costs, Class Representative service payment and Claims Administration expenses shall be filed with the Court on or before March 20, 2015.

13. IT IS FURTHER ORDERED that if, for any reason, the Court does not execute and file an Order Granting Final Approval and Judgment, or if the Effective Final Settlement Date, as defined by the Settlement Agreement, does not occur for any reason whatsoever, the Settlement Agreement and the proposed Settlement subject of this Order and all evidence and proceedings had in connection therewith, shall be null and void and without prejudice to the status quo ante rights of the Parties to the litigation as more specifically set forth in the Settlement Agreement.

14. IT IS FURTHER ORDERED that, pending further order of this Court, all proceedings in this matter except those contemplated herein and in the Settlement Agreement are stayed.

15. The Court expressly reserves the right to adjourn or continue the Final Approval hearing without further notice to Class Members.

IT IS SO ORDERED.

Dated: December 4, 2014

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE